AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Randy Lee Grainger<br>*Plaintiff*<br>v.<br>Sheriff Al Cannon; Prison Health Services; Dawn Frazier; Director of Nursing; Doctor Jacobs; Nurse Angela Caswell; Nurse Carolyn Manigot; Correctional Officer Ray Ballou; Correctional Officer Corintha Moultrie; Correctional Officer Maurice Chaplin; Officer Polke; Shawn Fludd;<br>*Defendant* | Civil Action No.  2:09-0276-HFF-RSC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendations of Magistrate Judge Robert S. Carr is adopted and incorporated. The action is DISMISSES with prejudice for lack of prosecution. The Plaintiff shall take nothing on his Complaint filed pursuant to Title 42 U.S.C. § 1983.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Judge Henry F. Floyd, United States District Judge.

Date:  September 2, 2010                         *CLERK OF COURT*  Larry W. Propes

                                                 _____
                                                 *Signature of Clerk or Deputy Clerk*